THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AARON SULLIVAN,<br><br>                    Plaintiff,<br>v.<br><br>KANSAS CITY TREE CARE, L.L.C.,<br><br>                    Defendant. | Case No. 2:15-cv-09192-JAR-KGG |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS**

Plaintiff Aaron Sullivan and Defendant Kansas City Tree Care, L.L.C., by and through their respective attorneys, and pursuant to this Court's April 21, 2016 Order, stipulate and agree that all claims in the above-captioned matter should be dismissed with prejudice, with the parties to pay their own costs and attorneys' fees.

Respectfully submitted,

/s/ Mark V. Dugan
**DUGAN SCHLOZMAN LLC**
Mark V. Dugan            KS Bar # 23897
mark@duganschlozman.com
Heather J. Schlozman    KS Bar # 23869
heather@duganschlozman.com
8826 Santa Fe Drive, Suite 307
Overland Park, KS 66212
Telephone: (913) 322-3528
Facsimile: (913) 904-0213

**Counsel for Plaintiff**

/s/ James Durbin
**SWANSON MIDGLEY, LLC**
James Durbin
jadurbin@swansonmidgley.com
4600 Madison Avenue, Suite 1100
Kansas City, MO 64112-3043
Ph (816) 842-6100
Fax (816) 842-0013

**Counsel for Defendants**

## CERTIFICATE OF SERVICE

On May 23, 2016, I filed the foregoing document using the electronic filing system, which provided notice to the following:

James Durbin
jadurbin@swansonmidgley.com
Swanson Midgley, LLC
4600 Madison Avenue, Suite 1100
Kansas City, MO 64112-3043
Ph (816) 842-6100
Fax (816) 842-0013

**Counsel for Defendant Kansas City Tree Care, L.L.C.**

/s/ Mark V. Dugan
Mark V. Dugan