# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| AARON SULLIVAN,<br><br>    **Plaintiff,**<br><br>v.<br><br>KANSAS CITY TREE CARE, L.L.C.,<br><br>    **Defendant.** | Case No. 15-9192-JAR-KGG |

## ORDER

The parties have filed a Stipulation of Dismissal (Doc. 17) stating that this matter may be dismissed with prejudice. Being duly advised, for good cause shown and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

**IT IS THEREFORE ORDERED BY THE COURT** that this case is DISMISSED WITH PREJUDICE. Each party is to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: May 25, 2016

                                             S/ Julie A. Robinson
                                            JULIE A. ROBINSON
                                            UNITED STATES DISTRICT JUDGE